AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| NATURAL EXTRACTION SYSTEMS, LLC  _____ *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) )  Civil Action No.   1:26-cv-20186-DPG |
| TRULIEVE INC. and TRULIEVE CANNABIS CORP.  _____ *Defendant(s)* | ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> TRULIEVE INC.
> By Serving Its Registered Agent:
> Corporation Service Company
> 1201 Hays Street
> Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> W. Barry Blum, Esq.
> Venable LLP
> 801 Brickell Avenue, Suite 1500
> Miami, Florida 33131
> bblum@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jan 13, 2026
_____

*s/ W. Cendejas*
_____  _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| NATURAL EXTRACTION SYSTEMS, LLC | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.   1:26-cv-20186-DPG |
| TRULIEVE INC. and<br>TRULIEVE CANNABIS CORP. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> TRULIEVE CANNABIS CORP.
> 6749 Ben Bostic Road
> Quincy, FL 32351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> W. Barry Blum, Esq.
> Venable LLP
> 801 Brickell Avenue, Suite 1500
> Miami, Florida 33131
> bblum@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jan 13, 2026

Angela E. Noble
Clerk of Court

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts