**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No. 1:26-cv-20186-GAYLES**

NATURAL EXTRACTION SYSTEMS, LLC

              Plaintiff,

vs.

TRULIEVE INC. and
TRULIEVE CANNABIS CORP.

              Defendants.

**JURY TRIAL DEMANDED**

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

Plaintiff proposes that THIS CAUSE be set for trial during the Court's two-week trial calendar beginning on 6/28/2027 in Courtroom 11-1 of the Wilkie D. Ferguson, Jr. United States Courthouse located at 400 North Miami Avenue, Miami, Florida 33128. Defendants propose that THIS CAUSE be set for trial during the Court's two-week trial calendar beginning on 12/13/2027. Plaintiff proposes that the Calendar Call will be held at 9:30 a.m. on Wednesday, 6/23/2027. Defendants propose that the Calendar Call will be held at 9:30 a.m. on Wednesday, 12/8/2027. Plaintiff proposes that a Status Conference will be held at 10:00 a.m. on Wednesday 3/10/2027. Defendants propose that a telephonic Status Conference will be held at 10:00 a.m. on Monday, 8/30/2027. The parties propose = the following competing schedules:

| | | |
|---|---|---|
| 1. | Exchange Initial Disclosures | 5/15/2026 |
| 2. | Disclosure of Asserted Claims and Preliminary Infringement Contentions*[1] | Plaintiff: 5/22/2026<br>Defendants: 6/26/2026 |

---

[1] Additional deadlines to address patent-specific events are indicated by an *.

3.  Disclosure of Preliminary Invalidity Contentions*

Plaintiff: 6/22/2026
Defendants: 7/31/2026

4.  Initial Identification of Disputed Claim Terms*

Plaintiff: 7/1/2026
Defendants: 8/21/2026

5.  Exchange Proposed Claim Term Constructions including Identification of Supporting Evidence*

Plaintiff: 7/8/2026
Defendants: 9/4/2026

6.  Exchange Identification of all Evidence a Party  Intends to Rely on in Opposing Any Proposed Claim Construction*

Plaintiff: 7/15/2026
Defendants: 9/11/2026

7.  Parties Meet and Confer on Proposed Claim Term Constructions*

Plaintiff: 7/22/2026
Defendants: 9/18/2026

8.  Joint Claim Construction Statement*

Plaintiff: 7/29/2026
Defendants: 10/2/2026

9.  Parties' Opening Claim Construction Briefs*

Plaintiff: 8/7/2026
Defendants: 10/9/2026

10. Parties' Answering Claim Construction Briefs*

Plaintiff: 8/28/2026
Defendants: 10/30/2026

11. Joinder of any additional parties and filing of motions to amend the complaint by

Plaintiff: 9/1/2026
Defendants: 10/23/2026

12. Claim Construction Hearing*

Plaintiff: 9/__/2026
Defendants: 11/__/2026
or at the convenience of the Court.

13. Final Infringement and Invalidity Contentions*

30 days after Court issues claim construction ruling

14. Parties shall select a mediator pursuant to Local Rule 16.2 and shall select a time, date, and place for mediation

Plaintiff: 11/24/2026
Defendants: 1/29/2027

15. Fact discovery shall be completed by

Plaintiff: 12/1/2026
Defendants: 3/12/2027

16. Parties shall disclose opening expert witness reports as required by Fed. R. Civ. P. 26(a)(2) (on the issues for which the party bears the burden of proof) by

Plaintiff: 12/13/2026
Defendants: 4/14/2027

2

17. Exchange of rebuttal expert witness reports and Plaintiff's expert report(s) on secondary considerations of non-obviousness as required by Fed. R. Civ. P. 26(a)(2) by

Plaintiff: 1/8/2027
Defendants: 5/14/2027

18. Exchange of reply expert witness reports as required by Fed. R. Civ. P. 26(a)(2) by

Plaintiff: unnecessary
Defendants: 6/14/2027

19. Expert discovery shall be completed by

Plaintiff: 1/29/2027
Defendants: 7/14/2027

20. Mediation shall be completed by

Plaintiff: 2/17/2027
Defendants: 7/30/2027

21. Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by

Plaintiff: 2/26/2027
Defendants: 8/13/2027

22. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by

Plaintiff: 3/25/2027
Defendants: 9/13/2027

23. All pretrial motions and memoranda of law, including motions in limine, shall be filed by

Plaintiff: 4/28/2027
Defendants: 10/13/2027

24. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by

Plaintiff: 5/28/2027
Defendants: 11/12/2027

DONE and ORDERED in Miami, Florida this _____ day of _____, 2026.

_____
United States District Judge

3